## Donald Bergstrom, Appellant, v. Paul G. Lind, Jr., Appellee.

### Gen. No. 10,194.

opinion filed March 9, 1948; released for publication March 30, 1948. Joseph R. Rosborough, for appellant; McDonald & McCracken and Frederick P. Simmon, for appellee. Opinion by JUSTICE DOVE. **Not to be published in full.**